# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### Lafayette Division

In re: Adam G. Young            Chapter 11
    Debtor

                                                    Case No: 20-50552

## STATEMENT UNDER PENALTY OF PERJURY
## PURSUANT TO SECTION 1116(1)

      I, Adam G. Young, debtor herein, swear under penalty of perjury, pursuant to Section 1116(1) of the Bankruptcy Code that no balance sheets, statement of operations, or cash flow statements have been prepared on my behalf.

      Done at Lafayette, Louisiana, on July 17th, 2020

                                                        Respectfully Submitted:

                                                          /s/ Adam G. Young