**Fill in this information to identify your case:**

Debtor 1: Adam G. Young (First Name / Middle Name / Last Name)

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: Western District of Louisiana

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: Internal Revenue Service
Number Street: Centralized Insolvency Ops.
P.O. Box 7346
City: Philadelphia   State: PA   ZIP Code: 19101
Contact: _____
Contact phone: _____

What is the nature of the claim? Estimated income tax

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: - $_____
   Unsecured claim: $_____

$ 135,000.00

**2**
Creditor's Name: Ross A. Brupbacher
Number Street: Barbara Brupbacher
200 Pembroke Ln.
City: Lafayette   State: LA   ZIP Code: 70508
Contact: _____
Contact phone: _____

What is the nature of the claim? Executory Contract

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $ 32,500.00
   Value of security: - $ 3,000.00
   Unsecured claim: $ 29,500.00

$ 32,500.00

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor 1  Adam G. Young                             Case number (if known)_____

|  | | | Unsecured claim |
|---|---|---|---|
| **3** | **Louisiana Department of Revenue**<br>Creditor's Name<br>P.O. Box 201<br>Number    Street<br>Baton Rouge    LA    70821<br>City            State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim? **For notice purposes only**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>        Value of security:           − $_____<br>        Unsecured claim              $_____ | $ 0.00 |
| **4** | **Capital One**<br>Creditor's Name<br>P.O. Box 30281<br>Number    Street<br>Salt Lake City    UT    84130<br>City            State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim? **Credit account**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>        Value of security:           − $_____<br>        Unsecured claim              $_____ | $ 10,495.27 |
| **5** | **Bank of America**<br>Creditor's Name<br>P.O. Box 982238<br>Number    Street<br>El Paso    TX    79998<br>City            State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim? **Credit account**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>        Value of security:           − $_____<br>        Unsecured claim              $_____ | $ 8,595.00 |
| **6** | **Merrick Bank**<br>Creditor's Name<br>P.O. Box 9201<br>Number    Street<br>Old Bethpage    NY    11804<br>City            State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim? **Credit account**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>        Value of security:           − $_____<br>        Unsecured claim              $_____ | $ 1,508.00 |
| **7** | **Elan Financial Svcs.**<br>Creditor's Name<br>P.O. Box 108<br>Number    Street<br>St. Louis    MO    63166<br>City            State    ZIP Code<br>Contact<br>Contact phone | What is the nature of the claim? **Credit account**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☑ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>        Value of security:           − $_____<br>        Unsecured claim              $_____ | $ 1,981.00 |

Debtor 1  **Adam G. Young**  Case number *(if known)* _____

|  | Unsecured claim |
|---|---|

**8** First Savings Credit
*Creditor's Name*

_____
Number    Street
500 East 60th St. North
_____

Sioux Falls    SD    57104
City        State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit account $500  **As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim       $_____

**9**
*Creditor's Name*

_____
Number    Street

_____

_____
City        State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim       $_____

**10**
*Creditor's Name*

_____
Number    Street

_____

_____
City        State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim       $_____

**11**
*Creditor's Name*

_____
Number    Street

_____

_____
City        State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim       $_____

**12**
*Creditor's Name*

_____
Number    Street

_____

_____
City        State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    − $_____
       Unsecured claim       $_____

Debtor 1   Adam G. Young                                      Case number (if known)_____
          First Name  Middle Name   Last Name

|   | | Unsecured claim |
|---|---|---|
| **13** | Creditor's Name _____ <br> Number  Street _____ <br> _____ <br> City  State  ZIP Code <br> Contact _____ <br> Contact phone _____ | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): $_____ <br> Value of security: − $_____ <br> Unsecured claim  $_____ | $_____ |
| **14** | Creditor's Name _____ <br> Number  Street _____ <br> _____ <br> City  State  ZIP Code <br> Contact _____ <br> Contact phone _____ | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): $_____ <br> Value of security: − $_____ <br> Unsecured claim  $_____ | $_____ |
| **15** | Creditor's Name _____ <br> Number  Street _____ <br> _____ <br> City  State  ZIP Code <br> Contact _____ <br> Contact phone _____ | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): $_____ <br> Value of security: − $_____ <br> Unsecured claim  $_____ | $_____ |
| **16** | Creditor's Name _____ <br> Number  Street _____ <br> _____ <br> City  State  ZIP Code <br> Contact _____ <br> Contact phone _____ | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): $_____ <br> Value of security: − $_____ <br> Unsecured claim  $_____ | $_____ |
| **17** | Creditor's Name _____ <br> Number  Street _____ <br> _____ <br> City  State  ZIP Code <br> Contact _____ <br> Contact phone _____ | **What is the nature of the claim?** _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☐ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☐ No <br> ☐ Yes. Total claim (secured and unsecured): $_____ <br> Value of security: − $_____ <br> Unsecured claim  $_____ | $_____ |

Debtor 1 __Adam G. Young__  Case number (if known)_____
         First Name  Middle Name  Last Name

**Unsecured claim**

### 18

Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim        $_____

### 19

Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim        $_____

### 20

Creditor's Name: _____
Number  Street: _____
_____
City  State  ZIP Code: _____
Contact: _____
Contact phone: _____

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:  − $_____
   Unsecured claim        $_____

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ _/s/ signature_____                ✗ _____
Signature of Debtor 1                           Signature of Debtor 2

Date __07/17/2020__                             Date _____
     MM / DD / YYYY                                  MM / DD / YYYY

Official Form 104   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 5

20-50552 - #11  File 07/20/20  Enter 07/20/20 08:44:09  Main Document  Pg 5 of 5