**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

IN RE:

**ADAM G. YOUNG**                                        **CASE NO. 20-50552**

       **Debtor(s)**                                       **CHAPTER 11**

**UNITED STATES TRUSTEE'S NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES**

David W. Asbach, Acting United States Trustee for Region 5, hereby requests that

1) all notices given or required to be given in this bankruptcy case, and any cases consolidated with or related to the captioned case, be sent via ECF e-mail notification to the undersigned, Gail Bowen McCulloch, at Gail.McCulloch@usdoj.gov, and

2) that all documents and papers served or required to be served in this bankruptcy case, and any cases consolidated with or related to the captioned case, be sent via ECF e-mail notification to the undersigned, Gail Bowen McCulloch at Gail.McCulloch@usdoj.gov.

This request includes all notices, documents and papers served, whether formal or informal, whether transmitted or conveyed by mail, courier, hand delivery, facsimile, telegraph, electronic mail or otherwise, in any way pertaining to this case.

Date: July 22, 2020                                    Respectfully submitted,

                                                                       DAVID W. ASBACH
                                                                       Acting United States Trustee
                                                                       Region 5, Judicial Districts
                                                                       Of Louisiana and Mississippi

                                        By:     */s/ Gail Bowen McCulloch*


Gail B. McCulloch
Trial Attorney
Office of U. S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Email: Gail.McCulloch@usdoj.gov
Telephone No. (318) 676-3456
Direct Telephone No. (318) 676-3550
Facsimile No. (318) 676-3212
LA Bar No. 3337

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *United States Trustee's Notice of Appearance and Request for Notices* was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the parties set out on the attached mailing matrix.

DATE: July 22, 2020      By:    */s/ G. Sue Newcomer*
G. Sue Newcomer
Legal Assistant
Office of the United States Trustee
300 Fannin Street
Shreveport, LA 71101